UNITED STATES COURT OF INTERNATIONAL TRADE          FORM  1

| | |
|---|---|
| **CSJB HOLDINGS, INC.**<br><br>                              **Plaintiff,**<br><br>          **v.**<br><br>**UNITED STATES,**<br>                              **Defendant.** | **S U M M O N S** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

### PROTEST

| | |
|---|---|
| Port of Entry:  Lubbock, TX (5503) | Date Protest Filed: 7/20/2020 |
| Protest Number: 5503-20-100010 | Date Protest Denied: 10/8/2020 |
| Importer: CSJB Holdings, Inc. ||
| Category of Merchandise: Forklift parts and pump parts ||

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 91639043487 | 4/3/2019 | 2/28/2020 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director,<br>U.S. Customs and Border Protection<br>2203 E. Jamestown Street<br>Lubbock, TX 79403 | Adrienne Braumiller<br>Braumiller Law Group PLLC<br>5220 Spring Valley Road, Suite 200<br>Dallas, TX 75254<br>(214)-348-9306<br>Adrienne@Braumillerlaw.com |
| Address of Customs Port in<br>Which Protest was Denied | Name, Address**,** Telephone Number<br>and E-mail Address of Plaintiff's Attorney |

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Forklift Parts | 8431.20.0000 / 9903.88.01 | Free / 25% | 8431.20.0000 / 9903.88.07 | Free / Free |
| Pump Parts | 8413.91.9095 / 9903.88.01 | Free / 25% | 8413.91.9095 / 9903.88.11 | Free / Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

The merchandise was protested for refunds of Section 301 duties because of applicable exclusions, and the protests were denied.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
*Signature of Plaintiff's Attorney*

_____
*March 25, 2021*
*Date*

## SCHEDULE OF PROTESTS

**5503 – Lubbock, TX**
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 5503-20-100006 | 6/28/2020 | 9/28/2020 | 91638604008 | 2/6/2019 | 1/3/2020 |
| 5503-20-100007 | 6/28/2020 | 9/28/2020 | 91638703966 | 2/20/2019 | 1/17/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)